UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CANDACE MULLINS, natural mother and surviving next friend of Carlyle Mullins, a deceased minor child, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:10-0966 Judge Sharp |
| STEPHANIE HALL, individually, and MANDY LEWIS, individually, | ) ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Motions to Dismiss filed by Defendant Mandy Lewis (Docket No. 11) and Defendant Stephanie Hall (Docket No. 21) are hereby GRANTED, and this case is hereby DISMISSED.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE